**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

January 14, 2021

**VIA ECF**
Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Stridiron, et al v. Newburgh Enlarged City School District, et al*
                Docket No.:   20-CV-6823 (CS)
                Our File No.:   5001.558

Dear Judge Seibel:

      We represent the defendants in the above-referenced matter. We are writing to request a brief extension of time to serve our Reply and file all motion papers in the above-referenced matter.

      The current deadline for the defendants' Reply is January 18, 2021. We request that our time to reply be extended two days, to January 20, 2021. We require the additional time because the attorney responsible for the Reply is currently quarantining at home due to a possible COVID-19 exposure and our office is technically closed on January 18, 2021 in observation of Martin Luther King, Jr. Day and there may not be staff in the office to assist the quarantining attorney if portions of service and filing need to be accomplished in the office. We have conferred with the plaintiffs' counsel and they consent to our request. This is our first request for such an extension on the Motion to Dismiss.

      We respectfully request that your Honor grant this request for an extension of time and thank you for your consideration of this matter.

                Respectfully Submitted,

                **SILVERMAN & ASSOCIATES**

                Melissa D. Broder

TO:  **VIA ECF**
       Tully Rinckey, PLLC
       Attorneys for Plaintiffs
       400 Linden Oaks, Suite 110
       Rochester, New York 14625