UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DARREN J. STRIDIRON, EVELYN MEIJA
STRIDIRON and MATTHEW A. STRIDIRON,

                                        Docket No.: 20-CV-6823 (CS)
              Plaintiffs,

    -against-

                                        **NOTICE OF MOTION**

NEWBURGH ENLARGED CITY SCHOOL
DISTRICT, CAROLE MINEO, PHIL
HOWARD, LISA MARIE SPINDLER and
ROBERTO PADILLA

              Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that upon the accompanying Declaration of Caroline B. Lineen, sworn to on the 2nd day of December, 2020, and the accompanying Memorandum of Law in Support, the defendants, NEWBURGH ENLARGED CITY SCHOOL DISTRICT, CAROLE MINEO, PHIL HOWARD, LISA MARIE SPINDLER, and ROBERTO PADILLA, by and through their attorneys, SILVERMAN & ASSOCIATES, will move this Honorable Court on a date and time to be decided by this Court:

1)     For an Order pursuant to Rules 12(b)(2) and (4) of the Federal Rules of Civil Procedure dismissing this action for insufficient process, lack of proper service and lack of personal jurisdiction over the defendants;

2)     For an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing this action because the Amended Complaint fails to state a claim upon which relief can be granted against the defendants; and

3)     For such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's October 15, 2020 2020 Order, the plaintiffs' opposition is to be served by January 4, 2021 and the defendants' reply is to be served and all papers are to be filed by January 18, 2021.

Dated: White Plains, New York
December 2, 2020

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

By: *Caroline B. Lineen*
Caroline B. Lineen
Attorneys for Defendants
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601

TO:    **VIA FIRST CLASS MAIL AND FEDERAL EXPRESS**
Tully Rinckey, PLLC
Attorneys for Plaintiffs