UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DARREN J. STRIDIRON, EVELYN MEIJA
STRIDIRON and MATTHEW A. STRIDIRON,

                                                            Docket No.: 20-CV-6823 (CS)
                       Plaintiffs,

    -against-

                                                           **DECLARATION IN SUPPORT**

NEWBURGH ENLARGED CITY SCHOOL
DISTRICT, CAROLE MINEO, PHIL
HOWARD, LISA MARIE SPINDLER and
ROBERTO PADILLA

                       Defendants.
------------------------------------------------------------------------X

       **CAROLINE B. LINEEN, ESQ.,** an attorney duly admitted to practice law in the United States District Court for the Southern District of New York, hereby deposes and says subject to the penalties of perjury:

       1.     I am a member of the law firm of Silverman & Associates, attorneys for the Defendants, Newburgh Enlarged City School District ("the District"), Dr. Roberto Padilla, Dr. Lisamarie Spindler, Carole Mineo, and Phil Howard.  I am fully familiar with the facts and circumstances of this matter based on my review of the file maintained by my office in defense of this litigation.

       2.     This Declaration is submitted in support of the defendant's Motion to Dismiss the Plaintiffs' Amended Complaint pursuant to Rules 12(b)(2), (4), and (6) of the Federal Rules of Civil Procedure, seeking a dismissal, with prejudice, of the plaintiff's claims against Defendants, and for such other and further relief as this Court deems just and proper.

3.	As is more fully discussed the in the accompanying Memorandum of Law, the Plaintiffs' claims against the Defendants must be dismissed because the Court lacks personal jurisdiction over such claims based on deficient process, the Plaintiffs' fail to state plausible claims for relief, and the Defendants are entitled to qualified immunity.

4.	When the action was initially commenced in the Supreme Court of the State of New York, Orange County by filing of a Summons and Notice, that Summons with Notice was not served on the Defendants.  A panel counsel for the insurance carrier, who was not retained in this matter, located the filing by chance during a review of the electronic filing system and notified the insurance carrier, who then notified our firm.

4.	In support of the instant motion, annexed hereto are the following:

A.	Plaintiffs' Amended Complaint;

B.	Summons with Notice;

C.	Affidavit of Matthew McCoy;

D.	Affidavit of Dr. Roberto Padilla;

E.	Affidavit of Carole Mineo;

F.	Affidavit of Lisamarie Spindler;

G.	Affidavit of Phil Howard;

H.	Demand for Complaint;

I.	Plaintiffs' Initial Complaint;

J.	Affidavits of Service Filed in State Court by Plaintiffs;

K.	Plaintiffs' Notice of Claim; and

  L. Decision of the Commissioner of New York State Education Department.

Dated: White Plains, New York
   December 2, 2020

             Respectfully submitted,

           **SILVERMAN & ASSOCIATES**

BY: */s/ Caroline B. Lineen*
          Caroline B. Lineen
          Attorneys for Defendants
          445 Hamilton Avenue, Suite 1102
          White Plains, NY 10601
          (914) 574-4510