SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-----------------------------------------------------------------X
DARREN J. STRIDIRON, EVELYN MEIJA STRIDIRON, and MATTHEW A. STRIDION

                                Plaintiffs,

    -against-

NEWBURGH ENLARGED CITY SCHOOL DISTRICT, CAROLE MINEO, PHIL HOWARD, LISA MARIE SPINDLER and ROBERTO PADILLA

                                Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT**
Index No. EF003178-2020

**PLEASE TAKE NOTICE** that Caroline B. Lineen, from Silverman & Associates, hereby appears as counsel for the defendants, NEWBURGH ENLARGED CITY SCHOOL DISTRICT, CAROLE MINEO, PHIL HOWARD, LISA MARIE SPINDLER and ROBERTO PADILLA in this action, and demands that you serve a copy of the complaint within twenty (20) days after service of this demand pursuant to CPLR § 3012, as well as all notices and other papers in this action, upon the undersigned at the address stated below.

Dated: White Plains, New York
        July 20, 2020

                                Respectfully submitted,

                                SILVERMAN & ASSOCIATES

                                By: _____
                                Caroline B. Lineen
                                Attorneys for Defendants,
                                NEWBURGH ENLARGED CITY SCHOOL DISTRICT
                                445 Hamilton Avenue, Suite 1102
                                White Plains, New York 10601
                                (914) 574-4510

TO: TULLY RINCKEY, PLLC
      Attorney for Plaintiffs
      400 Linden Oaks
      Suite 110
      Rochester, NY 14625
      Attention: Karen Sanders, Esq.