TULLY RINCKEY PLLC 400 LINDEN OAKS, SUITE 110 ROCHESTER, NY 14625

# AFFIDAVIT OF SERVICE

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ORANGE**

Client's File No.: _____

Index Number: **EF003178-2020**

Date Filed: **July 2, 2020**



*Darren J. Stridiron, et al.*

Plaintiff(s)/Petitioner(s)

vs

*Newburgh Enlarged City School District, et al.*

Defendant(s)/Respondent(s)

**STATE OF NEW YORK, COUNTY OF DUTCHESS , SS.:**

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: **9/24/2020** , at the following time: **10:40am** at **24 Bush Avenue, Newburgh, NY 12550** deponent served the within **Notice of Electronic Filing; Summons with Notice and Complaint**

[X] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon: Phil Howard** _____

☐ **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

☑ **Responsible Person** — By delivering to and leaving with **Adam Howard** . **son/co-occupant** Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[M] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

☑ **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on **9/28/2020** .

☐ **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

☐ **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:
1)_____ at _____ 3)_____ at _____ 5)_____ at _____
2)_____ at _____ 4)_____ at _____ 6)_____ at _____

**Description of Recipient** — Sex: **M** Color of skin: **White** Color of hair: **bald** Age: **25-33** Height: **6'**
Weight: **230-260** Other Features: **beard, mustache**

☐ **Witness Fees** — advanced payment was made.

☑ **Military Service** — I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

☐ **Other**

Sworn to before me on **9/28/2020**

_____
NOTARY PUBLIC

_____
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
**Leslie Scheurer**
PROCESS SERVER LICENSE # _____

Work Order # **2008556**

DENIELA RODRIGUEZ
Notary Public, State of New York
No. 01RO6316495
Qualified in Dutchess County
Commission Expires Dec. 15, 20**22**

*TULLY RINCKEY PLLC 400 LINDEN OAKS, SUITE 110 ROCHESTER, NY 14625*

# AFFIDAVIT OF SERVICE

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE**

| | |
|---|---|
| Client's File No.: | _____ |
| Index Number: | EF003178-2020 |
| Date Filed: | July 2, 2020 |



*Darren J. Stridiron, et al.*

*Plaintiff(s)/Petitioner(s)*

vs

*Newburgh Enlarged City School District, et al.*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF DUTCHESS , SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: **9/29/2020** , at the following time: **9:18 am** . at **Central Office & Board of Education, 124 Grand Street, Newburgh, NY 12550** deponent served the within Notice of Electronic Filing; Summons with Notice and Complaint

[X] Papers so served were properly endorsed with the Index Number and date of filing.

Upon: **Carole Mineo** _____

☐ **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

☑ **Responsible Person** By delivering to and leaving with **Matthew McCoy** . **District Clerk/co-worker**
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[  ] dwelling place   [✓] place of business/employment   [  ] last known address within the State.   [  ] usual place of abode

☑ **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on **9/30/2020** .

☐ **Corporation LLC / LLP** By delivering to and leaving with _____ said individual to be _____
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's   [  ] dwelling place   [  ] place of business/employment
[  ] last known address within the State.   [  ] usual place of abode

☐ **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:
1) _____ at _____   3) _____ at _____   5) _____ at _____
2) _____ at _____   4) _____ at _____   6) _____ at _____

**Description of Recipient** Sex: **M**   Color of skin: **white**   Color of hair: **brown**   Age: **45-50**   Height: **5'10 - 6'2**
Weight: **185-205**   Other Features: **tray**

☐ **Witness Fees** advanced payment was made.

☑ **Military Service** I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

☐ **Other**

Sworn to before me on **9/30/2020**

_____ NOTARY PUBLIC

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
**Leslie Scheurer**
PROCESS SERVER LICENSE # _____

DENIELA RODRIGUEZ
Notary Public, State of New York
No. 01RO6316495
Qualified in Dutchess County
Commission Expires Dec. 15, 20 22

**Work Order # 2008784**

SS

*Tully Rinckey PLLC 400 Linden Oaks, Suite 110 Rochester, NY 14625*

## AFFIDAVIT OF SERVICE

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ORANGE**

| Client's File No.: | _____ |
| Index Number: | EF003178-2020 |
| Date Filed: | July 2, 2020 |

*Darren J. Stridiron, et al.*                                   Plaintiff(s)/Petitioner(s)

vs

*Newburgh Enlarged City School District, et al.*

Defendant(s)/Respondent(s)

**STATE OF NEW YORK, COUNTY OF DUTCHESS , SS.:**

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: **9/24/2020** , at the following time: **11:23am**, at **Central Office & Board of Education, 124 Grand Street, Newburgh, NY 12550** deponent served the within **Notice of Electronic Filing; Summons with Notice and Complaint**

[X] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon: Newburgh Enlarged City School District** _____

☐ **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

☐ **Responsible Person** By delivering to and leaving with _____ ; _____
Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

☐ **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____ .

☑ **Corporation LLC / LLP** By delivering to and leaving with **Matthew McCoy** said individual to be **District Clerk** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

☐ **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:
1) _____ at _____   3) _____ at _____   5) _____ at _____
2) _____ at _____   4) _____ at _____   6) _____ at _____

**Description of Recipient**   Sex: **M**   Color of skin: **white**   Color of hair: **brown + gray**   Age: **45-50**   Height: **5'10-6'2**   Weight: **185-205**   Other Features: _____

☐ **Witness Fees** advanced payment was made.

☐ **Military Service** I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

☐ **Other**

Sworn to before me on **9/28/2020**

_____
NOTARY PUBLIC

DENIEL A RODRIGUEZ
Notary Public, State of New York
No. 01RO6316495
Qualified in Dutchess County
Commission Expires Dec. 15, 20__

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
**Leslie Scheurer**
PROCESS SERVER LICENSE # _____

**Work Order # 2008563**

TULLY RINCKEY PLLC 400 LINDEN OAKS, SUITE 110 ROCHESTER, NY 14625

# AFFIDAVIT OF SERVICE

**Client's File No.:** _____

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ORANGE**

**Index Number:** EF003178-2020

**Date Filed:** July 2, 2020

_Darren J. Stridiron, et al._

*Plaintiff(s)/Petitioner(s)*

vs

_Newburgh Enlarged City School District, et al._

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF DUTCHESS, SS.:

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: **9/29/2020**, at the following time: **9:18 am.** at **Central Office & Board of Education, 124 Grand Street, Newburgh, NY 12550** deponent served the within

Notice of Electronic Filing; Summons with Notice and Complaint

[X] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon: Roberto Padilla**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person** By delivering to and leaving with **Matthew McCoy** _District Clerk / coworker_ Relationship

a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's

[ ] dwelling place   [X] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[X] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on **9/30/2020**.

[ ] **Corporation LLC / LLP** By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

1)_____ at _____   3)_____ at _____   5)_____ at _____

2)_____ at _____   4)_____ at _____   6)_____ at _____

**Description of Recipient** Sex: **M**   Color of skin: **White**   Color of hair: **brown + gray**   Age: **43-50**   Height: **5'10-6'2**   Weight: **195-205**   Other Features: _____

[ ] **Witness Fees** advanced payment was made.

[X] **Military Service** I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on **9/30/2020**

_____
NOTARY PUBLIC

PROCESS SERVER - PRINT NAME BELOW SIGNATURE

_Leslie Scheurer_

PROCESS SERVER LICENSE # _____

DENIEL A RODRIGUEZ
Notary Public, State of New York
No. 01RO6316485
Qualified in Dutchess County
Commission Expires Dec. 15, 2022

**Work Order #  2008775**

SS

*TULLY RINCKEY PLLC 400 LINDEN OAKS, SUITE 110 ROCHESTER, NY 14625*

# AFFIDAVIT OF SERVICE

Client's File No.: _____

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ORANGE**

Index Number: EF003178-2020

Date Filed: July 2, 2020

*Darren J. Stridiron, et al.*

vs

Plaintiff(s)/Petitioner(s)

*Newburgh Enlarged City School District, et al.*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF DUTCHESS , SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 9/23/2020 , at the following time: 7:50 am . at 62 Farmingdale Road, Chester, NY 10918 deponent served the within

Notice of Electronic Filing; Summons with Notice and Complaint

[X] Papers so served were properly endorsed with the Index Number and date of filing.

Upon: Lisa Marie Spindler _____

[X] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible** By delivering to and leaving with _____ , _____
**Person**
Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____ .

[ ] **Corporation** By delivering to and leaving with _____ said individual to be
**LLC / LLP** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing** By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment
**To Door** [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous** Deponent previously attempted to serve the above named defendant/respondent on:
**Attempts** 1)_____ at _____   3)_____ at _____   5)_____ at _____
2)_____ at _____   4)_____ at _____   6)_____ at _____

**Description** Sex: F   Color of skin: White   Color of hair: brown   Age: 40-48   Height: 5'2-5'6
**of Recipient** Weight: 170-200   Other Features: _____

[ ] **Witness** advanced payment was made.
**Fees**

[X] **Military** I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person
**Service** spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on 9/25/2020

NOTARY PUBLIC

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Leslie Scheuver
PROCESS SERVER LICENSE # _____

DENIEL A RODRIGUEZ
Notary Public, State of New York
No. 01RO6316495
Qualified in Dutchess County
Commission Expires Dec. 15, 2022

Work Order # 2008557