In the Matter of

the Claim of MATTHEW A STRIDIRON,
DARREN J. STRIDIRON, *guardian ad litem*
and EVELYN MEJIA-STRIDIRON, *guardian
ad litem*, and MATTHEW A STRIDIRON,
individually, DARREN J. STRIDIRON,
individually, and EVELYN MEJIA-STRIDIRON,
individually,

     -against-

NEWBURGH ENLARGED CITY SCHOOL
DISTRICT in the CITY OF NEWBURGH



**NOTICE OF CLAIM**

**PLEASE TAKE NOTICE** that the undersigned, DARREN J. STRIDIRON and EVELYN MEJIA-STRIDIRON, for themselves and as Guardians ad Litem of MATTHEW A. STRIDIRON, their son, all three residing at 155 Pressler Road, Wallkill, New York, 12589, and in addition, DARREN J. STRIDIRON, EVELYN MEJIA-STRIDIRON, MATTHEW A STRIDIRON, individually and on his or her own behalf, claim damages against the Board of Education, NEWBURGH ENLARGED CITY SCHOOL DISTRICT, City of Newburgh, New York, in the sum of FIFTEEN MILLION DOLLARS ($15,000,000.00) dollars on behalf of the infant, FIFTEEN MILLION DOLLARS ($15,000,000.00) dollars on behalf of DARREN J. STRIDIRON, and FIFTEEN MILLION DOLLARS ($15,000,000.00) dollars EVELYN MEJIA-STRIDIRON, both individually and as law guardians to MATTHEW A. STRIDIRON, FIFTEEN MILLION DOLLARS ($15,000,000.00) dollars for MATTHEW A. STRIDIRON, individually and on his own behalf.

The parties giving notice herein are at this time representing themselves.

1

Claimant MATTHEW A. STRIDIRON was a minor during most of these events, but is now eighteen years of age, so this notice is brought both through his law guardians and in his own capacity as an adult, individually.

The claim arose from multiple actions and misdeeds on the part of the NEWBURGH ENLARGED CITY SCHOOL DISTRICT, it employees and agents, starting on or about May 20, 2019 and are continuing and ongoing, by depriving the claimant Matthew A. Stridiron of his proper status as sole valedictorian of his graduating high school class of 2019, the result of negligence, and/or retaliation by the school district as follows:

1. **Darren Stridiron** (hereinafter "DS") was and is a member of the Board of Education (hereinafter the "BOE") of the Newburgh Enlarged City School District (hereinafter the "NECSD"). **Evelyn Mejia-Stridiron** (hereinafter "ES"). **Matthew A. Stridiron** (hereinafter "MS") is their son and at all pertinent times herein was a student in the NECSD, although now graduated. References to "family" refers to the aforementioned claimants.

2. On information and belief, at sometime prior to April 4, 2019, a grand jury investigated student attendance, athletics eligibility and credit-recovery in the APEX program at the Newburgh Enlarged City School District ( hereinafter the "NECSD"), and found systemic failure in its policies that included grade changing, manipulation of attendance records, and allowing ineligible student-athletes to participate in sports.

3. On information and belief, following this report, **Susan Prokosch**, who is the NECSD Board of Education (hereinafter the "BOE") Vice President, stated to the NECSD Board, and to Dr.Roberto **Padilla**, the Superintendent of the NECSD and

his entire cabinet, that they needed to find out who provided the information resulting in the report. This caused **DS** great stress and anxiety. Such stress and other subsequent activity continued to later dates.

4. On information and belief, **Carole Mineo**, NECSD Board President, attempted to find out who the informant on the BOE was by directly asking each board member if they he or she was a Grand Jury witness, including questioning **DS**. This caused **DS** great emotional distress and turmoil.

5. In April 2019, **Carole Mineo** yelled at **DS** and falsely claiming, "You are not honest. You told people confidential information." This caused **DS** great stress and anxiety.

6. On or about May 13, 2019, **MS** was named the valedictorian of NECSD's Class of 2019.

7. On or about May 17, 2019, the NECSD Communication Strategist **Cassie Sklarz** was directed to take valedictorian/salutatorian photos with both high school principals. **MS'** achievement was honored by NECSD staff and schools.

8. On or about May 20, 2019, the NECSD demoted MS from valedictorian to salutatorian.

9. On or about May 20, 2019, Assistant Superintendent **Lisamaire Spindler** called **DS** about the change MS' status and introduced principals **Matteo Doddo** and **Raul Rodriguez**, and advised that over the weekend they recalculated valedictorian status based on a new system that incorporated third quarter grades. This created enormous stress and irreparable harm to MS and his family.

10. On or about May 20, 2019, Guidance Counselor, **Christine Harrold** at NECSD advised **MS** that the new alleged policy did not comport with past methods of computing valedictorian status which did not incorporate third quarter "in progress" classes but only final course grades.. These actions by the NECSD's placed enormous distress and harm to the claimants.

11. On or about May 20, 2019, **Spindler** gave **DS** only three hours to leave his place of work and gather evidence that proved **MS** was the sole valedictorian. This short notice placed undue stress and, thus, irreparable harm on **MS, ES** and **DS**

12. On or about May 20, 2019, NECSD received a litigation letter from **DS'** attorney to ensure that all records, including video/electronic data, pertaining to this case are preserved.

13. On or about May 20, 2019, **Padilla** and his staff refused to rename **MS** valedictorian, despite becoming aware that this new label would cause damage to **MS**'s future and credibility. These actions placed enormous distress and irreparable harm on **MS** and his family.

14. On or about May 20, 2019, **Doddo**, who was informed by **MS'** attorney to not speak with his clients about anything related to the valedictorian dispute, violated the attorney's request by calling **DS** on the day that **MS** was labeled salutatorian. This placed enormous stress and irreparable harm on **MS** and **DS.**

15. On information and belief, on or about May 20, 2019, **DS** was informed by Lana Bellamy, a reporter for the Times Herald Record, that **Phil Howard**, an NECSD Board Member, obtained confidential information about a possible co-

valedictorian offer to **MS**.  Only a few individuals, such as **Padilla**, knew about the matter.

16. On or about May 20, 2019, simultaneous to renaming **MS** co-valedictorian, Lana Bellamy informs **DS** that **Phil Howard** used the fake name "Joey Johns" to contact her and to defame the Stridiron family. Howard allegedly said that a Board member was using his "influence" to get his son named co-valedictorian in an attempt to rob a "poor Hispanic kid" of that honor. Howard told the press that they should run a story on that. Howard said that the criteria for determining the class rank "uses 3rd quarter grades" and that "they needed to call downtown for the answers." This phone call not only harmed **MS'** and **DS'** reputation, but damaged the entire Stridiron family name. Howard's phone call also placed enormous stress and irreparable harm on **MS** and his family.

17. On information and belief, on or about May 21, 2019, **DS** was informed that **Carole Mineo**, **Sue Prokosh**, and **Roberto Padilla** secret met concerning the valedictorian dispute which improperly involved confidential student records, to which none of these board members were supposed to have access, and used this information to tarnish his academic standing to the BOE and others thereafter. These same board members were directly connected to complaints over the past few years by the DS regarding attendance problems, so they all had personal interests in the valedictorian matter. The fact that the Board Members and Superintendent met in secret placed enormous stress and irreparable harm on MS and his family.

18. On or about May 22, 2019, **Doddo** and **Kevin Rothman**, Principal of the P-TECH program, spoke to **MS** about his new status as co-valedictorian, violating the directive from the family attorney who had advised that any discussion about the valedictorian status was to be had only with the attorney, no one from the family. The co-valedictorian status and the violation of the representation by counsel caused undue stress and irreparable harm on **MS** and his family.

19. On or about May 22, 2019, **Doddo** and **Rothman** gave **MS** a new letter, which stated that he was now officially a co-valedictorian. This letter caused undue stress and irreparable harm on **MS** and his family.

20. On May 22, 2019, NECSD renamed **MS** as an official co-valedictorian on their Instagram, Facebook, Twitter, and district webpage. This announcement caused undue stress and irreparable harm on **MS** and his family.

21. During the remaining month of May and June 2019, NECSD staff and individual schools recognized **MS** as the co-valedictorian on their social media accounts and school pages. This recognition caused undue stress and irreparable harm on **MS** and his family.

22. During the balance of May and June 2019, social media posts of **MS** being the co-valedictorian were shared by district personnel and sent to many academic institutions, including Columbia University, where **MS** will be studying this fall, California Institute of Technology, New York Times, and other local news outlets. These posts caused unnecessary stress and irreparable harm on MS and his family.

23. On or about May 22, 2019, the NECSD renamed **MS** from valedictorian, then to salutatorian, then to co-valedictorian based off.  This was a display of the arbitrary and capricious criteria for the changes made after the valedictorian award was given to MS, and was in retaliation against **DS** and his family, who was a "whistleblower" against the district. NECSD's actions caused undue stress and irreparable harm on MS and his family.

24. On or about May 22, 2019, the NECSD failed to comply with the attorney's demand to have **MS** renamed as sole valedictorian for the upcoming Carroll F. Johnson Scholastic Achievement Dinner in Tarrytown, NY. Instead, NECSD labeled MS as the co-valedictorian at the Tarrytown Dinner. This event had all the valedictorians/salutatorians from multiple counties gathered in one place. NECSD's actions ruined the event for the family, and placed undue stress and irreparable harm on the claimants.

25. May 22, 2019 - MS was denied the opportunity to qualify for scholarship awards that were handed out at the Carroll F. Johnson Scholastic Achievement Dinner. DS was informed a day earlier by Nancy Taddiken of the Lower Hudson Council of School Superintendents that the applications for these scholarships were sent to Padilla on March 13, 2019 and were due on April 30, 2019. Dr. Padilla failed to prepare the application in time and waited two days before the event to secure seats at the dinner. Dr. Padilla denied MS the opportunity to be recognized amongst his peers as an outstanding student and lost his opportunity to secure scholarship funding. The fact that MS was denied these opportunities caused undue stress and irreparable harm onto him.

26. On or about May 23, 2019, **Cassie Sklarz,** Communication Strategist for the school district, disrupted **MS's** college graduation with his P-TECH classmates by interfering with Jennifer Warren, who is a news reporter for the Hudson Valley Press, as she tried to interview **MS** Despite Warren's numerous attempts to have Cassie leave **MS** and Warren be, **Sklarz** continued to purposely invade both **MS's** and Warren's personal space to prevent them from  discussing the ongoing valedictorian dispute, thereby violating MS's civil rights and free speech rights. It was clear to him that Cassie did not want him to. Every time **MS** reflects back on that graduation, he mainly remembers the undue stress and irreparable harm that was created as a result of **Skarlz's** actions. **MS** has had that experience tarnished forever.

27. On or about May 23, 2019, as **Sklarz** disrupted the interview, **Ari Fishkind,** an IBM Corporate Citizenship External Communications employee, a the direction of **Sklarz,** physically assaulted **MS** by grabbing by the arm and attempted to remove **MS** from the location so that the interview would not continue.  Fishkind's actions at the direction of **Sklarz** caused undue stress and irreparable harm on MS.

28. On or about May 23, 2019, When Warren asked **Sklarz** and **Rothman** about why there was a problem interviewing the students, both stated, "They are minors" even though Warren had received permission in advance by NECSD, and P-TECH/IBM to conduct the interview, and **MS** was told to arrive early at the ceremony to be interviewed. **Rothman's** and **Sklarz's** actions left **MS** angry, upset, and depressed about the situation.

29. On or about May 24, 2019, NECSD discriminated against **MS** when Assistant Superintendent for Curriculum K-5, **Sara Feliz**, replied to an official tweet from NECSD's Twitter account, stating "So awesome how our District's student diversity radiates through this outcome." Attached to the tweet was a photo that shows the former Salutatorian and then Co-valedictorian, Martin Petieco,  MS, and the new Salutatorian on the right. This phrase establishes that ethnicity or race turned the designation of valedictorian from something based on merit into something racial in order to promote an equity narrative. Furthermore, Sarah Feliz is one of the highest-ranking officials in the District and worked alongside Padilla before he was employed in Newburgh. Her response was inappropriate due to the fact that the racial makeup of the three students cannot be determined by merely their skin color. **MS** is light-skinned with blue eyes.  The other two were darker, one being an African-American.  The clear message was that the honor was being made more "diverse" and not based solely upon merit.  NECSD's actions caused undue stress and irreparable harm on **MS.**

30. On or about May 29, 2019, the Hudson Valley Press recognized **MS** as co-valedictorian. This caused undue stress and irreparable harm on **MS** and his family.

31. On or about May 29, 2019, at the Outstanding Student Recognition Dinner in Middletown, New York, **Padilla** and other NECSD administrators stared down **DS, MS** and **ES** to make them feel uncomfortable. The celebration was ruined for **DS, MS,** and **ES** by NECSD's actions because of this experience. NECSD put undue stress and, thus, irreparable harm onto them.

32. On or about May 29, 2019, **Padilla** recognized **MS** as co-valedictorian at the Outstanding Student Recognition Dinner in Middletown, New York. This event had all the valedictorians/salutatorians from the county gathered in one place. This dinner also provided a booklet to each scholar with the names of each student and their respective titles. The booklet can also be found online. **Padilla's** and NECSD's actions caused undue stress and irreparable harm on MS and his family.

33. On or about May 30, 2019, NECSD named **MS** co-valedictorian at Newburgh Free Academy (NFA)'s High Honors Awards night. This event created stress and irreparable harm on MS and his family.

34. In May and June 2019, during the foregoing, the NECSD refused to be transparent about the criteria that they use to calculate valedictorian, which violates **MS** and his family's civil rights. The lack of NECSD's transparency caused undue stress and irreparable harm on MS and his family.

35. On or about June 6, 2019, the NECSD claims that the parents of the then salutatorian complained about the status of MS being valedictorian.  NECSD provided no proof that the parents of the other students disputed MS's status as valedictorian The NECSD then allegedly engaged in negotiations with those complainants and then recalculated valedictorian award based upon a new formula.  But they never advised or notified the claimants, as they should have, denying them of any due process.  Knowing these facts caused undue stress and irreparable harm on MS and his family.

36. On or about June 6, 2019, the NECSD, in their response to the NYSED commissioner, admitted that they gave MS a letter saying that he is the sole valedictorian, but refused to rename him sole valedictorian, despite the mathematical proof that MS was and is rightfully the sole valedictorian. This caused undue stress and irreparable harm on MS and his family.

37. On or about June 6, 2019, NECSD, in their response to the NYSED commissioner, alleged that their Infinite Campus system, which calculates class rank and GPA, malfunctioned because MS was still registered as a North Campus student. However, **MS** took all of his classes at the NFA Main Campus in his senior year. Before **MS** transferred over to Main from the North Campus, **Rodriguez**, **Doddo**, **Rothman**, and Christine **Harrold** coordinated efforts to ensure that there would be confusion about transferring to the main campus so that the records would be clear and accurate, showing that the alleged malfunction was non-existent and an excuse. Knowing that NECSD is willing to assert false information caused undue stress and harm on MS and his family.

38. On or about June 6, 2019, NECSD falsely claimed, in their response to the NYSED commissioner, that their Infinite Campus system did not include NFA Main courses on **MS's** transcript prior to the valedictorian calculation. However, AP Gov, which is a course that **MS** completed halfway into his senior year, was on his transcript. AP Econ and ELA 12, on the contrary, did not appear on the transcript because they were not yet completed courses. These facts validate what Mrs. **Harrold** advised **MS**, that only "final course grades" are included in

class rank. Knowing that NECSD was asserting false information caused undue

stress and harm on **MS** and his family.

39. On or about June 6, 2019, the NECSD failed to place Policy 5430, which is the

alleged policy that they use to calculate valedictorian, onto BoardDocs, where the

public can view all of NECSD's policies. The fact that NECSD kept this alleged

policy hidden part of the conspiracy to hide the evidence of its wrongdoing.

NECSD's actions caused undue stress and irreparable harm on MS and his

family.

40. On or about June 6, 2019, **Padilla** falsely claimed, in his response to the NYSED

commissioner, that he contacted **DS** to schedule a meeting and sent **DS**

correspondence which allegedly stated that he wanted two co-valedictorians.

Knowing that **Padilla** is willing to assert false information caused undue stress on

**DS.**

41. On or about June 6, 2019, **Padilla** falsely claimed, in his response to the NYSED

commissioner, that "Petitioner's (**DS**) son has in no way been harmed by the

designation of co-valedictorians. Rather, he has benefitted in having been

bestowed the honor of being a valedictorian, that could rightly have been denied

him." Knowing that **Padilla** is willing to assert false information caused undue

stress on MS and his family.

42. Between May 13 and May 17, the NECSD knew that their new formula for

valedictorian would prevent MS from remaining valedictorian, yet allowed their

employee to take photos taken at the high school on May 17, 2019 showing MS

as valedictorian. This would later cause irreversible emotional harm to MS and his family.

43. On or about June 6, 2019, NECSD falsely claimed, in their response to the NYSED commissioner, that this was all a mistake. However, the District has been engaging in the same arbitrary and capricious re-calculating and renaming valedictorians in the prior year, and social media posts reveal that this practice could have gone back as far as 2013. Celine Maxwell, daughter of B.M., states that the District informed her that B.M. lost her class rank of #1 and was renamed the salutatorian at the very last minute, after NECSD suddenly recalculated valedictorian based on a new system that incorporated eighth grade scores. This policy was never approved by the BOE, so it is illegal. This is the same situation that MS is facing this year, and it is clear that NECSD's actions are arbitrary. Knowing that NECSD is willing to assert false information caused undue stress and irreparable harm on MS and his family.

44. On information and belief, NECSD had informed Mrs. Maxwell that moving forward, the alleged new policy would be used for new class rank calculations, and the process would be made clear to all future students. Neither MS nor his family was informed about this policy. This lack of transparency violates their civil rights. The lack of NECSD's transparency also caused undue stress and irreparable harm on MS and his family.

45. Rather, than having just one policy to calculate valedictorian, NECSD has three. The first policy is the one that Mrs. Harrold told MS in an email: only final course grades are included in the calculation. The second is NECSD's alleged policy,

which states that all grades up to the third quarter are included. Lastly, NECSD used an unapproved policy in 2018 that states how scores from eighth grade must be included in the calculation. This deception has caused undue stress and irreparable harm on MS and his family.

46. On or about June 6, 2019, NECSD named **MS** co-valedictorian at his high school's scholarship award night. He received $750 for becoming the co-valedictorian, which is $750 less than if he had been named the sole valedictorian. Being recognized as the co-valedictorian caused undue stress and irreparable harm on MS and his family.

47. On or about June 11, 2019, NECSD recognized **MS** as the co-valedictorian on its district webpage when he visited South Middle School to speak with students. Being labeled as co-valedictorian caused undue stress and, thus, irreparable harm on **MS.**

48. On or about June 19, 2019, NECSD's actions stressed **MS** to the point where he no longer felt comfortable attending the end of the year celebration for all graduating P-TECH students. NECSD's actions also caused irreparable harm on MS

49. On or about June 21 to June 24, 2019, despite how Dr. Padilla and NECSD claimed to meet with the other co-valedictorian and new salutatorian, NECSD ignored two requests to meet with **DS** and **MS** about incorrect grades on his transcript. Correcting these grades would have made **MS** the sole valedictorian prior to graduation. Because NECSD ignored **DS's** and **MS's** requests, their civil

rights were violated. NECSD's actions also caused undue stress and irreparable harm on MS and his family.

50. On or about June 24, 2019, **Padilla**, in his response to the NYSED commissioner, stated that he met with all students to discuss their grades. He refused to meet with **MS** and his family, which violates their civil rights. Knowing that **Padilla** discriminated against MS and his family caused undue stress and irreparable harm on them.

51. On or about June 25, 2019, NECSD's actions stressed and damaged **MS** to the point where he no longer felt comfortable attending his high school graduation rehearsal.

52. On or about June 25, 2019, the only reason MS attended his high school graduation later that evening was to make his very ill grandfather proud. The stress that **MS** was under is a result of the actions that NECSD took against **MS** and his family.

53. On or about June 25, 2019, NECSD recognized **MS** as co-valedictorian at the high school graduation. Bestowing the title of co-valedictorian onto **MS** at his graduation will forever mar MS's and his family's view of the celebration.

54. In July 2019 , Carole **Mineo**, Board of Education President, retaliated against **DS** by placing him on only one Committee assignment for the 2019-2020 school year. All other Board members have 3 or 4 committee assignments.  This was an intentional act that caused **DS** undue stress, irreparable harm, and public embarrassment.

55. On or about July 6, 2019, NECSD attempted to prevent **MS** from enrolling in Columbia University by excluding classes on his academic record to make it seem like he lacked enough credits to graduate high school. By preventing **MS** from enrolling, **MS** would also lose his college scholarships. This created extreme stress and irreparable harm to the claimants.

56. On or about July 8, 2019, **MS** attempted to obtain his transcript and verify that all grades were included on it, and NECSD ignored his request, which violated his civil and student rights. Being denied these records caused undue stress and irreparable harm on **MS** and his family.

57. On or about July 9, 2019, **MS** called NECSD Guidance to obtain the transcript directly. They responded by saying they would call "right back" after talking with Onyx Peterson, who is the head of Guidance. Never in the past has the Guidance Office ever had to wait on her approval. Guidance always gave it to MS immediately. Guidance neither responded within the hour nor gave MS his transcript, which violated **MS's** civil rights. Being denied these records caused undue stress and irreparable harm on **MS** and his family.

58. On or about July 9, 2019, according to the other seniors in **MS's** graduating class, none of them had classes removed from their academic records, demonstrating the NECSD intentionally targeted **MS**, which violated his civil rights. NECSD's actions caused undue stress and, thus, irreparable harm on **MS** and his family.

59. On or about July 10, 2019, the Hudson Valley Press recognized **MS** as the co-valedictorian in a report about how he earned the prestigious Gates/HSF

Scholarships. Being labeled as co-valedictorian, which is a result of NECSD's actions, caused undue stress and irreparable harm on MS and his family.

60. On or about July 10, 2019, NECSD, after hearing that **MS** sent a letter to the NYSED commissioner about how NECSD excluded classes from his academic report card, sent **MS's** updated transcript to Columbia. Because NECSD knew the transcript had incorrect grades, it is a falsified record, which violates federal law. Knowing that a falsified record was sent to Columbia University caused undue stress and irreparable harm on MS and his family.

61. On or about July 13, 2019, **DS** informed the BOE about his son's attempts to obtain a final, corrected copy of his transcript in order to enroll at Columbia University. As a parent, he wanted the BOE to help **MS.** Rather than help **MS** obtain the transcript, Board Member **Phil Howard** (who went by 'Joey Johns') requested a special meeting and that **DS's** "frivolous" actions needed to "cease and desist." Howard's response caused undue stress and irreparable harm on MS and his family.

62. On or about July 13, 2019, Roberto **Padilla**, who was not even attached to the email chain to the BOE letter, responded to **DS** separately. He was more concerned about who told DS that his office was handling the transcripts instead of the fact that the grades needed to be corrected. He claimed that **DS** made "additional accusations" against him without even listing them, which caused further stress for **DS**. Padilla admitted he had a hand in naming **MS** co-valedictorian in May. His response caused undue stress and irreparable harm on MS and his family.

63. On or about July 15, 2019, the request made for access to MS transcript on July 8th, was allowed which violated his civil rights. NECSD's lack of transparency caused undue stress and, thus, irreparable harm on MS

64. On or about July 15, 2019, NECSD falsely claimed, in a filing to the NYSED commissioner, that **MS'** AP Government grades were never entered on his NFA North enrollment. However, every quarter during MS's senior year, **MS** requested a report card because NECSD never sent them to him, which violated his civil rights. AP Government appeared on all three report cards, which verifies that the class appeared on his NFA North enrollment. If AP Government appeared on MS's first three report cards, but not the last, then it had to be manually removed by NECSD. Knowing that NECSD is willing to assert false information and alter academic records caused undue stress and irreparable harm on MS and his family.

65. On or about July 15, 2019, NECSD contradicted themselves, in previous filings to the NYSED commissioner, by saying AP Government was not included on MS's transcript prior to the valedictorian calculation. In the filing sent on July 15th, NECSD said that AP Government was included on the transcript, which validates what Mrs. Harrold said in her email to MS The fact that AP Government appeared on MS's transcript prior to the final rank calculation, but not AP Econ and ELA 12, verifies that only final course grades are included in the class rank, not "In-Progress" classes. Thus, NECSD suggests that third quarter grades should have never been included in the final calculation. NECSD's actions caused undue stress and, thus, irreparable harm on MS and his family.

66. On or about June 15, 2019, NECSD falsely claimed, in a filing to the NYSED commissioner, that MS's inaccurate report card, which was missing classes, only recorded "grades that were manually entered for calculating the 3rd quarter rank". If this statement were true, then the report card would say "Marking Period 3" because the district decided to use grades up to the third quarter in the class rank calculation. However, it is labeled "Marking Period 4," which means it is supposed to include fourth quarter grades and final exam scores. Yet, this data was removed from the transcript. Knowing that NECSD is willing to assert false information caused undue stress on **MS** and his family.

67. On or about July 15, 2019, NECSD falsely claimed, in a filing to the NYSED commissioner, that MS is the only NFA-North student taking classes at NFA Main. In another filing to the NYSED commissioner dated June 6, 2019, **Spindler** makes it clear that there are students taking classes at multiple campuses. As we stated in our response to the NYSED commissioner, the fact that MS takes classes at the Main Campus does not excuse NECSD for its errors. MS took all of his classes at one NECSD campus during senior year, not two. Knowing that NECSD is willing to assert false information caused undue stress on MS and his family.

68. MS had previously asked NECSD to correct an incorrect AP Computer Science grade on his transcript. It should have been listed as a 105, but it was listed as a 104. Columbia verified that this grade was not corrected on the transcript that they received from NECSD, which confirms that Columbia was sent a falsified document. NECSD's actions caused undue stress and irreparable harm on MS

69. On or about July 24, 2019, MS told NECSD that Columbia University required an additional final report with accurate grades. AP Computer Science's grade from a 104 to 105 had yet to be corrected. In an email to NECSD, MS told NECSD that "all high school and college-level course grades need to be verified." Regardless, by the end of the day, NECSD knowingly sent a second falsified document to Columbia because the grade was never fixed. NECSD's actions caused undue stress and irreparable harm on **MS**

70. On or about July 24, 2019, **Doddo** contacted **MS** through email and claimed that the AP Computer Science grade is accurate. **MS** then asked for a copy of the final report to verify its accuracy. However, NECSD violated his civil rights by not giving it to him. NECSD's lack of transparency and **Doddo's** email caused undue stress and, thus, irreparable harm on MS

71. On or about July 29, 2019, when NECSD finally agreed to correct **MS's** AP Computer Science grade from a 104 to 105, **MS** demonstrated that he had mathematical proof that he is the sole valedictorian. However, NECSD refused to rename him as sole valedictorian. NECSD's refusal to rename MS sole valedictorian caused undue stress and irreparable harm on MS and his family.

72. On or about July 29, 2019, after NECSD corrected the AP Computer Science grade, **MS** discovered another inaccurate grade on his transcript. Walking for Wellness, which was used to calculate class rank, should have been an "A", not an "A-". With this being said, Walking for Wellness' grade provided the mathematical proof that **MS** is still the sole valedictorian. If NECSD corrected this grade, then **MS** would have the highest GPA in the Class of 2019. However,

NECSD ignored this and knowingly sent a third falsified document to Columbia that had the 105 in AP Computer Science, but not the A in Walking for Wellness. NECSD's actions caused undue stress and irreparable harm on MS

73. On or about August 2, 2019, NECSD fixed **MS's** Walking for Wellness grade on his transcript, but they refused to update his final GPA, even though Walking for Wellness was used to calculate his final GPA. This transcript was sent to Columbia University, and it is the fourth falsified document that the university received. NECSD's actions, which violated federal law, caused undue stress and, thus, irreparable harm on MS and his family.

74. On or about August 3, 2019, **MS** informed the BOE that NECSD failed to correct his final GPA. He asked them to make sure that they send him an updated transcript, but the BOE never responded with the document. This violates MS's civil rights. The BOE's actions caused undue stress and irreparable harm on MS and his family.

75. In the months of May through August to date, MS needed professional therapy every week due to the enormous amount of stress and irreparable harm that NECSD created. **DS** and ES needed to modify their schedules to drive **MS** to professional therapy, which also created another stressful and financial burden upon the Stridiron family.

76. In those same months, NECSD put the Stridiron family in a position where they needed to hire legal representation in order to defend **MS's** educational records and career. NECSD placed an enormous financial burden and undue stress upon the entire family.

77. In those same months, **Phil Howard's** repeated verbal and written comments toward **DS** since the Grand Jury report was released caused **DS** undue stress and irreparable harm, which have made it difficult to enjoy life.

78. In those same months, the stress and public embarrassment caused by NECSD gave the Stridiron family a lasting negative memory of **MS's** high school experience, which cannot be undone. NECSD's actions created irreparable harm.

79. In those same months, DS was embarrassed repeatedly when he was singled out for being forced to leave during the BOE's executive session. These actions took place while other Board Members acted outside of their roles and were still allowed to remain in executive session. NECSD even gave them legal protection. This centralized, coordinated effort to single DS out by retaliating against him put undue stress and, thus, irreparable harm upon DS

80. In those same months, **DS, ES**, and **MS** have been adversely affected by the retaliation and stress regarding the Valedictorian process and resulting status. **DS** lost many hours to this case when he could have been at his day job, and the entire Stridiron family lost time preparing letters, emails, and contacting attorneys. **DS** and **ES** had to defend their son, when they could have spent that time enjoying it with MS before he leaves to attend Columbia University.

81. In June though July 2019, the fact that **DS** and **MS** had to repeatedly send letters and emails to NECSD regarding the need to send a correct transcript in order for Columbia University to officially accept **MS** put enormous stress and irreparable harm upon the entire Stridiron family.

82. In May and June, despite the enormous stress at all of the public events that NECSD created, although **MS** put on a good face and represented himself with dignity and professionalism in order to not ruin the events for others, **MS** will never have the opportunity to relive his final high school and college experiences. NECSD's actions created all of the undue stress and irreparable harm.

83. From May through August, because of the threats, hostility and retaliation by the NECSD administration against adults and children alike, the Stridiron family knows that their children are not safe within the Newburgh school system. The Stridiron family has a four-year-old son who is non-verbal and is diagnosed with Autism. There is no chance that their son will receive the support that he needs within a Newburgh school in order to thrive. NECSD leadership is responsible for this situation and must compensate the Stridiron family for any moving expenses, as well as the emotional trauma that they've been through. The Stridiron family should not have to be forced out of their home because of NECSD, but they have no other option.

84. The foregoing events demonstrate that the NECSD and its agents and employees, including the BOE, engaged in repeated wrongdoing against the claimants.

85. The actions of **Howard** by defaming or attempting to defame the claimants through the press and otherwise, as stated above, defamed the claimants and falsely introduced racial bias as a reason why they sought to have MS name sole valedictorian, made especially egregious as both the co-valedictorian and MS are Hispanic, a fact known to the school district.

86. The actions of the **BOE** and **Padilla** and his agents and employees were taken clearly as retaliation for DS' cooperation in testifying before the Grand Jury which resulted in negative consequences for many of the individuals who retaliated against DS directly and indirectly, through harming the son, MS.

87. The school district and its employees and agents violated the law, as DS must be considered in the same status as an employee by virtue of his status as a Board of Education member, afforded the same protections as school employee and agents, including but not limited to the NYS Labor Law section 740 and Civil Service Law section 75-b.

88. The school district and its employees and agents breached their fiduciary duties to MS while they were acting in *loci parentis* and in addition had exclusive control of the grading, recording, keeping of records, and transmission of records and transcripts to others, and calculating class rankings and status, and awarding honors associated with same.  Their pattern of hostility, obfuscation, conspiracy, and falsification in preventing MS from being sole valedictorian by stripping him of the title by arbitrarily changing the process after he attained the title, hiding and resisting the information from the claimants to allow them to prove he was valedictorian, and sending known erroneous transcripts to Columbia University and/or failing to correct or timely correct them, was a clear violation of their fiduciary capacity entrusted by law and NYS upon them.

89. The school district and its employees and agents violated MS right to free speech by preventing him from speaking to the press and/or intimidating him while he attempted to or did so.

90. The actions by the school agent in grabbing and restraining MS was an assault and harassment against him.

91. The school district failed to adequately supervise its employees and agents, who misbehaved grossly, and included the Superintendent, the Assistant Superintendent, members of the BOE, and assorted employees and agents who, with their combined behavior, wrought harm and damages upon the claimants, by defaming them on the social media and to the press and radio, by confrontations with both MS and DS, by manipulation of the valedictorian determination and selection process, by false statements and accusations, and the infliction of emotional distress and suffering upon the claimants, all the result of a conspiracy perpetrated by multiple employees and agents of the school district.

92. To the extent it is claimed that any of the employees or agents of the school district operated outside of the scope of their employment, claimants seek punitive damages for such conductfrom these persons individually.

93. Claimants also claim *prima facie* tort, as the prolonged, egregious, and harmful conduct, may be actionable in a form not presently clearly categorized by tort law, based upon the conduct described in this notice of claim.

94. Claimants reserve their rights to amend this claim, if necessary, with other theories of liability.

The items of damage claimed are as follows:

Pain and suffering and humiliation by **each** claimant, **MATTHEW A STRIDIRON, DARREN J. STRIDIRON, and EVELYN MEJIA-STRIDIRON** in the amount of $15,000,000.00 for each individual, a total of $45,000,000.00.

As all these harms have ongoing effects, damages cannot be specified with certainty, including any special damages at this time.

Claimants

MATTHEW A STRIDIRON

EVELYN MEJIA-STRIDIRON

DARREN J. STRIDIRON

## VERIFICATION

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF DUTCHESS  )


MATTHEW A STRIDIRON  being duly sworn, says that (s)he is the Petitioner in the above-entitled proceeding and that the foregoing petition is true to (his)(her) own knowledge, except as to matters herein stated to be alleged on information and belief and as to those matters (s)he believes it to be true.

_Matthew A. Stridiron_
MATTHEW A STRIDIRON, Claimant

Sworn to before me on
August 14, 2019

MARCO CAVIGLIA
Notary Public, 02CA4768921
Qualified in Dutchess County, New York
Commission Expires March 30, 2022


## VERIFICATION

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF DUTCHESS  )


EVELYN MEJIA-STRIDIRON, being duly sworn, says that (s)he is the Petitioner in the above-entitled proceeding and that the foregoing petition is true to (his)(her) own knowledge, except as to matters herein stated to be alleged on information and belief and as to those matters (s)he believes it to be true.

_Evelyn Mejia Stridiron_
EVELYN MEJIA-STRIDIRON, Claimant

Sworn to before me on
August 14, 2019

MARCO CAVIGLIA
Notary Public, 02CA4768921
Qualified in Dutchess County, New York
Commission Expires March 30, 2022

# VERIFICATION

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF DUTCHESS   )

DARREN J. STRIDIRON, being duly sworn, says that (s)he is the Petitioner in the above-entitled proceeding and that the foregoing petition is true to (his)(her) own knowledge, except as to matters herein stated to be alleged on information and belief and as to those matters (s)he believes it to be true.

DARREN J. STRIDIRON, Claimant

Sworn to before me on
August 14, 2019

MARCO CAVIGLIA
Notary Public, O2CA4768921
Qualified in Dutchess County, New York
Commission Expires March 30, 2022