January 9, 2023

**VIA ECF**

Honorable Cathy Seibel

United States District Judge

United States District Court

Southern District of New York

300 Quarropas Street

White Plains, New York 10601

Re: Stridiron v. Newburgh Enlarged City School District, et al

Docket No.: 20-CV-6823 (CS)

Dear Judge Seibel:

In response to your request, Plaintiff's family vacation lasts from March 10th to March 20th.

Plaintiffs are also noting, for the record, that Defense has not explained why they cannot get their paperwork in on time. A general blanket excuse for scheduling conflicts does not justify any extension.

Dated: Wallkill, New York
January 9, 2023

Respectfully submitted,
Matthew and Darren Stridiron

Matthew Stridiron, Darren Stridiron
Attorneys, Pro Se for Plaintiffs
155 Pressler Road
Wallkill, New York 12589

To: FILED VIA ECF & VIA EMAIL
Silverman & Associates
Attorney for Defendants

Plaintiffs are reminded that any communication with the Court must be filed on the docket by emailing it to Temporary_Pro_Se_Filing@nysd.uscourts.gov or delivering the submission to the Clerk of Court for filing.  They may cc my chambers in-box but going forward, if they do not send their submissions to the Temporary Pro Se Filing in-box or deliver it to the Clerk of Court for filing, their submissions will not become part of the record of the case.  Defendants' application for an extension of the summary judgment briefing schedule is granted in part.  The motion is due by 2/10/23.  Plaintiffs' opposition is due 3/9/23.  Defendants' reply is due 3/23/23.  This will not interfere with Plaintiffs' March 10-20 vacation because Defendants' work on the reply will not involve Plaintiffs.  Further, I assure Plaintiffs that even on the original schedule, there would not have been a trial in this case (assuming I deny the motion) in the spring or summer.  I have many motions and trials on line ahead of this one.  The trial of this case will not interfere with any graduation festivities even if Plaintiffs plan to begin celebrating well before and for months after the mid-May commencement.  Finally, "bundling" is just an option to which the parties may agree if they choose.  It does not involve keeping anything out of the public record; it just affects when the submissions are filed on the docket.  But if all parties do not agree on "bundling," as it appears, the papers should be filed when served in the ordinary fashion.  The Clerk of Court is respectfully directed to terminate ECF No. 79.

SO ORDERED.

*Cathy Seibel*                1/9/23

CATHY SEIBEL, U.S.D.J.