**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DARREN J. STRIDIRON and MATTHEW A.
STRIDIRON,

                      Plaintiffs,

   -against-                                                                        20 **CIVIL** 6823 (CS)

                                                                                                    **<u>JUDGMENT</u>**

NEWBURGH ENLARGED CITY SCHOOL DISTRICT,
CAROLE MINEO, PHIL HOWARD, LISA MARIE
SPINDLER, and ROBERTO PADILLA,

                      Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 29, 2023, Defendants' Motion for Summary Judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       August 30, 2023

                                                                                    **RUBY J. KRAJICK**
                                                                                  _____
                                                                                       **Clerk of Court**

                                                                      **BY:**    *K. Mango*
                                                                                     _____
                                                                                     **Deputy Clerk**